Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Joseph Antonelli, Esq. (#137039)
Janelle Carney, Esq. (#201570)
LAW OFFICE OF JOSEPH ANTONELLI
1000 Lakes Drive, Suite 450
West Covina, CA 91790-2918
Tel.: (626) 917-6228 / Fax: (626) 917-7686
Email: JAntonelli@antonellilaw.com

Attorneys for Plaintiff HAYDEE ESCALANTE,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| HAYDEE ESCALANTE, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>AUTOZONE, INC., a Nevada corporation; and DOES 1 to 100, inclusive,<br><br>  Defendants. | MDL Case No. 3:10-md-2159-CRB<br>In re Autozone, Inc. Wage and Hour Employment Practices Litigation<br><br>3:10-cv-04900-CRB<br><br>Honorable Charles R. Breyer<br>Courtroom 8<br><br>Date: January 7, 2011<br>Time: 8:30 a.m.<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER REGARDING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Action filed: August 4, 2010<br>Action removed: September 3, 2010<br>Action transferred to MDL: October 29, 2010 |

## [PROPOSED] ORDER

The Court, having considered the Request for Telephonic Appearance by Gregg Lander, attorney for Plaintiffs, and good cause appearing, grants the request to appear telephonically at the Status Conference set for January 7, 2011 at 8:30 a.m.

Dated: ___January 3, 2011_____     _____
                                     Honorable Charles R. Breyer

*IT IS SO ORDERED — Judge Charles R. Breyer*

- 1 -

**ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE**

KEVIN T. BARNES
5670 WILSHIRE
BLVD. SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101