Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Joseph Antonelli, Esq. (#137039)
Janelle Carney, Esq. (#201570)
LAW OFFICE OF JOSEPH ANTONELLI
1000 Lakes Drive, Suite 450
West Covina, CA 91790-2918
Tel.: (626) 917-6228 / Fax: (626) 917-7686
Email: JAntonelli@antonellilaw.com

Attorneys for Plaintiff HAYDEE ESCALANTE, on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDEE ESCALANTE, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOZONE, INC., a Nevada corporation; and DOES 1 to 100, inclusive, <br><br> Defendants. | MDL Case No. 3:10-md-2159-CRB<br>In re Autozone, Inc. Wage and Hour Employment Practices Litigation<br><br>3:10-cv-04900-CRB<br><br>Honorable Charles R. Breyer<br>Courtroom 8<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER REGARDING FILING OF FIRST AMENDED COMPLAINT**<br><br>Action filed: August 4, 2010<br>Action removed: September 3, 2010<br>Action transferred to MDL: October 29, 2010 |

Good cause having been shown therefore, IT IS ORDERED THAT:

　　1)　Plaintiffs may file a First Amended Complaint. Plaintiffs' [Proposed] First Amended Complaint may be filed upon execution of this Order;

　　2)　Defendant shall maintain all rights to file a responsive pleading to Plaintiffs' First Amended Complaint within twenty-one (21) days after the First Amended Complaint is filed (and only after the Court gives permission for the

- 1 -

**ORDER RE STIPULATION RE PLAINTIFFS' FIRST AMENDED COMPLAINT**

1  same, whether by specific Order or as a result of lifting of the stay herein).

2  **IT IS SO ORDERED.**

3  DATED: __February 4, 2011_____   _____

4  Honorable Charles R. Breyer

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" with signature of Judge Charles R. Breyer]*

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

- 2 -

**ORDER RE STIPULATION RE PLAINTIFFS' FIRST AMENDED COMPLAINT**