| | |
|---|---|
| 1 | RICHARD E. QUINTILONE II (SBN 200995)<br>QUINTILONE & ASSOCIATES |
| 2 | 22974 El Toro Road, Suite 100<br>Lake Forest, CA  92630 |
| 3 | Telephone:   949.458.9675<br>Facsimile:    949.458.9679 |
| 4 | E-mail: req@quintlaw.com |
| 5 | ROGER R. CARTER (SBN 140196)<br>THE CARTER LAW FIRM |
| 6 | 2030 Main Street, Suite 1300<br>Irvine, CA  92614 |
| 7 | Telephone:   949.260.4737<br>Facsimile:    949.260.4754 |
| 8 | E-mail: rcarter@carterlawfirm.net |
| 9 | Attorneys for Plaintiff, WILLIAM DOLAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL Case No. 3:10-md-2159-CRB<br>In re Autozone, Inc. Wage and Hour Employment Practices Litigation<br><br>3:10-cv-04900-CRB<br><br>Honorable Charles R. Breyer<br>Courtroom 8, 19th Floor<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER REGARDING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>CMC Date:   June 3, 2011<br>Time:   8:30 a.m. |

**[PROPOSED] ORDER**

The Court, having considered the Request for Telephonic Appearance by Richard E. Quintilone II, attorney for Plaintiffs, and good cause appearing, grants the

| ORDER RE: REQUEST FOR<br>TELEPHONIC APPEARANCE | MDL Case No. 310-md-2159-CRB |
|---|---|

request to appear telephonically at the Status Conference set for June 3, 2011 at 8:30 a.m.

Dated: _____May 20, 2011_____          _____
                                        Honorable Charles R. B.

IT IS SO ORDERED
Judge Charles R. Breyer

**ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE**    -2-    MDL Case No. 310-md-2159-CRB